UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GRIFFIN, | Case No.: 1:13-cv-00933- JLT |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | (Doc. 7) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On November 13, 2014, the parties stipulated for Plaintiff to have an extension of time to serve a confidential letter brief. (Doc. 7.) The Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 3 at 4), and this is the first extension requested. Thus, an extension of thirty days is appropriate. Accordingly, **IT IS HEREBY ORDERED**:

1. The extension of time (Doc. 7) is **GRANTED**;
2. Plaintiff **SHALL** serve Defendant with a confidential letter brief on or before **December 17, 2014**.

IT IS SO ORDERED.

Dated:   **November 14, 2014**          **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28