UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GRIFFIN,<br><br>   Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.: 1:14-cv-00933- JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 10) |

  On March 2, 2015, the parties stipulated for Defendant to have an extension of time to respond to Plaintiff's opening brief. (Doc. 10.) The Scheduling Order permits a single thirty-day extension by the stipulation of parties. (Doc. 3 at 4). Any further requests for an extension must be made via a motion by the party seeking to amend the briefing schedule, and supported by good cause. (*Id.*) Because the parties previously stipulated for an extension of time in this action (Doc. 7), the Court construes the stipulation filed to be a motion by Defendant to amend the Scheduling Order.

  Defendant's counsel requests the extension of thirty days to her "to consider the possible settlement of this matter without further briefing." (Doc. 10 at 2.) Accordingly, the Court finds good cause exists for modification of the Scheduling Order.

///

///

1

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. The request for an extension of time (Doc. 10) is **GRANTED**;
2. Defendant **SHALL** file and serve a response to Plaintiff's opening brief on or before **April 1, 2015**.

IT IS SO ORDERED.

Dated: __**March 5, 2015**__            _____/s/ Jennifer L. Thurston_____
                                                    UNITED STATES MAGISTRATE JUDGE

2