UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GRIFFIN,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:14-cv-00933- JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 12) |

On April 2, 2015, the parties stipulated for Defendant to have a second extension of time to respond to Plaintiff's opening brief. (Doc. 12.) The Scheduling Order permits a single thirty-day extension by the stipulation of parties. (Doc. 3 at 4). Any further requests for an extension must be made via a motion by the party seeking to amend the briefing schedule, and supported by good cause. (*Id.*) Because the parties previously stipulated for an extension of time in this action, the Court construes the stipulation filed to be a motion by Defendant to amend the Scheduling Order.

Defendant's counsel requests an extension of fourteen days because she "was unexpectedly out of the office for a one-week medical leave" and "is currently considering the possible settlement of this matter without further action of the Court." (Doc. 12 at 1.)

///

///

1

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. The request for an extension of time (Doc. 12) is **GRANTED**;
2. Defendant **SHALL** file and serve a response to Plaintiff's opening brief on or before **April 15, 2015**.

IT IS SO ORDERED.

Dated: __April 6, 2015__                             _____/s/ Jennifer L. Thurston_____
                                                                          UNITED STATES MAGISTRATE JUDGE