1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                              **EASTERN DISTRICT OF CALIFORNIA**

10

11  JOSEPH E. GRIFFIN,                          )  Case No.: 1:14-cv-00933 - JLT
                                                )
12                Plaintiff,                     )  ORDER REMANDING THE MATTER PURSUANT
                                                )  TO SENTENCE FOUR OF 42 U.S.C. § 405(g)
13        v.                                     )
                                                )  ORDER DIRECTING ENTRY OF JUDGMENT IN
14                                               )  FAVOR OF PLAINTIFF JOSEPH GRIFFIN AND
    CAROLYN W. COLVIN,                           )  AGAINST DEFENDANT, CAROLYN W. COLVIN,
15  Acting Commissioner of Social Security,      )  ACTING COMMISSIONER OF SOCIAL
                                                )  SECURITY
16                Defendant.                     )
                                                )
17  _____

18        Plaintiff Joseph Griffin initiated this action seeking judicial review of the administrative

19  decision denying his application for Social Security benefits.  On April 24, 2015, Plaintiff and

20  Defendant Carolyn W. Colvin, Acting Commissioner Social Security, stipulated to a voluntary remand

21  of Plaintiff's Social Security appeal for further administrative proceedings.  (Doc. 16.)

22        The parties seek remand pursuant to sentence four of 42 U.S.C. § 405(g) to have an

23  administrative law judge "reevaluate the medical evidence, including, but not limited to, all medical-

24  source opinion evidence concerning mental impairments, and explain the weight given to the opinion

25  evidence in accordance with 20 C.F.R. sections 404.1527 and 416.927, and Social Security Rulings

26  (SSR) 96-2p and 96-5p."  (Doc. 16 at 1-2.)  In addition, the ALJ should "further evaluate whether

27  Plaintiff has the residual functional capacity to perform his past relevant work pursuant to SSR 82-61

28  and 82-62 and, if necessary, obtain supplemental vocational expert testimony to assist in determining

                                                   1

what jobs exist, if any, for Plaintiff given his age, education, vocational factors and residual functional capacity." (*Id.* at 2.)

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1.      The matter is **REMANDED** under four of 42 U.S.C. § 405(g); and

2.      The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Joseph Griffin and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:    **April 26, 2015**                           **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE