**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH E. GRIFFIN,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.: 1:14-cv-00933 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On July 27, 2015, Plaintiff Joseph E. Griffin and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  (Doc. 20)

Accordingly, subject to the terms of the parties' stipulation, **IT IS HEREBY ORDERED**: fees and costs in the amount of $4,379.76 is **AWARDED** to Plaintiff, Joseph E. Griffin.

IT IS SO ORDERED.

Dated:   **July 27, 2015**                       **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE

1